Benjamin J. Mann, Bar Number 7-5449
**HALLIDAY, WATKINS & MANN, P.C.**
376 East 400 South, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 355-2886
Fax: (801) 328-9714
File Number: **48663-3**

Attorneys for: Defendant FLAGSTAR BANK, FSB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| BRADY MICHAELS,<br><br>**Plaintiff,**<br><br>v.<br><br>FLAGSTAR BANK, FSB,<br><br>**Defendant.** | **AFFIDAVIT RE: MOTION FOR *PRO HAC VICE* ADMISSION OF SPENCER MACDONALD**<br><br>Civil Number: 2:18-CV-00076-SWS<br><br>Honorable: Kelly H. Rankin |
|---|---|

Applicant Spencer Macdonald, pursuant to Local Rule 84.2(b), submits the following Affidavit Re: Motion for *Pro Hac Vice* Admission of Spencer Macdonald, and states as follows:

1. I am employed as a senior associate attorney at Halliday, Watkins & Mann, P.C.

2. My office is located at 376 East 400 South, Suite 300, Salt Lake City, UT 84111. My email address is spencer@hwmlawfirm.com. My firm's telephone number is 801-355-2886.

3. I am an attorney admitted to the State Bar of Utah, and to the U.S. District Court for District of Utah, having been admitted to both since October 2004.

4. There are no past or currently-pending disciplinary actions or public sanctions

against me.

5. I affirm that I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

6. I acknowledge that that local counsel, Ben Mann, is required to be fully prepared to represent the client at any time, in any capacity.

7. I acknowledge that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

Date: 4/05/19                                             HALLIDAY, WATKINS & MANN, P.C.

_____
SPENCER MACDONALD
Applicant for Admission *Pro Hac Vice*

Subscribed and sworn to before me by Spencer Macdonald on April 5, 2019.

_____
NOTARY PUBLIC

MARGARET ZOE LEE
Notary Public
State of Utah
My Commission Expires March 22, 2020
#688180